UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  5:26-CV-189-BJB |
| | ) |
| The M/V WILLIAM HANK and | ) |
| its tow of barges, *in rem*, | )          In Admiralty |
| James Transportation LLC, doing | ) |
| business as Tennessee Valley Towing, | ) |
| and James Marine, Inc., *in personam*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**COMPLAINT**

Plaintiff, the United States of America alleges, on information and belief, as follows:

**NATURE OF ACTION**

1.      This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.      The United States brings this action against the M/V WILLIAM HANK and its tow of barges, *in rem*, James Transportation LLC, doing business as Tennessee Valley Towing, and James Marine, Inc. *in personam*, to recover the estimated costs of repairing damage to a miter gate at Cannelton Locks and Dam, which was damaged when barges in the tow of the M/V WILLIAM HANK allided with the structure.

3.      The United States asserts claims under the Rivers and Harbors Act, 33 U.S.C. §§ 408 and 412, and the general maritime law.

1

**JURISDICTION AND VENUE**

4.      The United States is a sovereign nation authorized to bring this action pursuant to the original jurisdiction conferred upon this Court by 28 U.S.C. §§ 1333 and 1345.

5.      Cannelton Locks and Dam is located on the Ohio River, at River Mile 720.7. Cannelton Locks and Dam is a public work built by the United States for the preservation and improvement of its navigable waters.  The United States Army Corps of Engineers (the "Corps") maintains and operates Cannelton Locks and Dam.

6.      The upstream river lock wall miter gate at Cannelton Locks and Dam, which was damaged by barges in the tow of the M/V WILLIAM HANK, is located on the right descending bank of the Ohio River, within the territorial waters of the Commonwealth of Kentucky.

7.      In accordance with *Kentucky v. Indiana*, 474 U.S. 1 (1985), the damaged lock structures are located in the Commonwealth of Kentucky.

8.      Venue in this district is proper because the impacted structures of Cannelton Locks and Dam are in this judicial district, a substantial part of the events or omissions giving rise to the claim occurred in this district, the M/V WILLIAM HANK and its barges were located within this district at the time of the incident, and the business entities responsible for the damage to Cannelton Locks and Dam maintain Principal Offices in this district.

**PARTIES**

9.      The United States is a sovereign nation authorized to sue under 28 U.S.C. § 1345 (United States as plaintiff) and vested with the authority to bring this claim under 33 U.S.C. § 413 and the general maritime law.

10.      The M/V WILLIAM HANK (No. 0516589) is a 141.5 foot long, U.S. flagged towboat that was built in 1957.

2

11.     The M/V WILLIAM HANK is, and was at the time of the incident at issue in this lawsuit, owned and operated by James Transportation LLC, doing business as Tennessee Valley Towing.

12.     James Transportation LLC (KY Id. No. 0639491) is a Kentucky Limited Liability Company engaged in the business of water transportation.  James Transportation LLC was formed in 2006 and maintains a Principal Office at the following address: 4500 Clarks River Road, P.O. Box. 2305, Paducah, Kentucky, 42002-2305.  The registered agent for James Transportation LLC is Jeff L. James, who is also located at 4500 Clarks River Road, P.O. Box. 2305, Paducah, Kentucky, 42002-2305.

13.     James Transportation LLC has adopted Tennessee Valley Towing as an assumed name, with an effective date of February 5, 2025.  The mailing address for Tennessee Valley Towing is 4500 Clarks River Road, Paducah, Kentucky, 42002-2305.

14.     James Marine, Inc. (KY Id. No. 0054414) is a Kentucky corporation engaged in the business of water transportation.  James Marine, Inc. was formed in 1956 and maintains a Principal Office at 4500 Clarks River Road, Paducah, Kentucky, 42003.  The registered agent for James Marine, Inc. is Jeff James, who is also located at 4500 Clarks River Road, Paducah, Kentucky, 42003.

### STATUTORY BACKGROUND

15.     The Rivers and Harbors Act protects navigable waters of the United States by preventing alteration, obstruction, or injury to harbor or river improvements, except with the permission of the Secretary of the Army, at the recommendation of the Chief of Engineers.

16.     The Rivers and Harbors Act, 33 U.S.C. § 408(a), prohibits injury to works built by the United States for the preservation or improvement of its navigable waters.  Cannelton

Locks and Dam is a public work that was built for the preservation and improvement of the United States' navigable waters.

### GENERAL ALLEGATIONS

17.    The area of the Ohio River where the allisions occurred is within Hancock County, Kentucky.  This part of the Ohio River is a navigable waterway of the United States within the meaning of 33 U.S.C. § 408.

18.    Cannelton Locks and Dam consists of two side-by-side locks and a dam.  The main lock is 1,200 feet long by 110 feet wide, and the auxiliary lock is 600 feet long by 110 feet wide.  The Locks and Dam are located at the following address: 5821 State Road 66, Cannelton, Indiana, 47520.

19.    Viewed from above, the Cannelton Locks and Dam appear as follows:



4

20.     A new upstream river lock wall miter gate at Cannelton Locks and Dam was installed in the fall of 2022, with installation being completed in November of 2022.

21.     Below is a picture of the new upstream river lock wall miter gate being installed in 2022:



22.     Between the date that the upstream river lock wall miter gate was installed and placed into service (November 12, 2022), and the date of the M/V WILLIAM HANK allision with that gate (July 5, 2023), there were no incidents where a towboat, barges or any other instrumentality caused damage to the upstream river lock wall miter gate.

**THE ACCIDENT AND DAMAGE TO CANNELTON LOCKS AND DAM**

23.     On July 5, 2023, the M/V WILLIAM HANK was transiting downbound on the Ohio River with fifteen loaded barges in tow.  At the time, the towboat was under the control of the pilot, James W. Ferguson.

24.    At approximately 11:20 p.m. (Central Time) on July 5, 2023, the M/V WILLIAM HANK's starboard lead barge hit the inner lock wall bullnose at Cannelton Locks and Dam. After this initial impact, the M/V WILLIAM HANK's tow struck the upstream river lock wall miter gate, causing significant damage to the gate.

25.    An initial inspection of the miter gate revealed damage to several miter gate fenders, which were damaged or removed, and damage to one diagonal tensioner bar.

26.    Below is a picture showing damage to one of the fenders, which was protruding into the lock chamber after the M/V WILLIAM HANK allision and had to be cut back:



27.    Corps personnel conducted a more thorough inspection of the damaged miter gate on July 6, 2023.  This inspection revealed that the M/V WILLIAM HANK allision caused substantial damage to the gate, including – but not limited to – the following:  1) approximately 16 inches of fenders and welded fender supports, brackets and tabs were torn from the gate, 2)

the gate suffered deformations and warping, 3) sections of the protective vinyl coating were gouged and scraped off, and 4) numerous welds were partially torn or cracked.

28.    Below is a picture showing damage to one of the negative diagonal structures of the upstream river lock wall miter gate:



29.    Although the miter gate remains operational, the Corps has concluded that the damage caused by the M/V WILLIAM HANK must be repaired.

30.    Repairs are necessary because the damage caused by the M/V WILLIAM HANK has compromised structures which protect the miter gate (i.e., the fenders) and because damage to other structures (i.e., the diagonals) has compromised the structural integrity of the miter gate.

31.    It will be necessary to dewater the main lock chamber in order to repair the damaged miter gate.

32.     The estimated cost to repair the damage caused by the M/V WILLIAM HANK is $1,916,861.

33.     This estimate, which covers costs to repair the damaged miter gate, includes the necessary equipment, manpower, supplies and materials.  It does not, however, include the Corps' overhead and other administrative expenses, which are also recoverable.

## COUNT I

### THE M/V WILLIAM HANK AND ITS TOW OF BARGES, *IN REM,* ARE STRICTLY LIABLE UNDER 33 U.S.C. §§ 408 AND 412 FOR DAMAGE TO THE CANNELTON LOCKS AND DAM

34.     The United States refers to and incorporates by reference, as though fully set forth herein, paragraphs 1 to 33 of this Complaint.

35.      At all material times, the M/V WILLIAM HANK and its barges were vessels "used and employed" within the meaning of 33 U.S.C. § 412.

36.     The M/V WILLIAM HANK and its barges, *in rem*, are strictly liable to the United States under the Rivers and Harbors Act for damage to Cannelton Locks and Dam caused by the allision with the upstream river lock wall miter gate, in a final amount to be established at trial, to include overhead and other administrative expenses arising from the repairs, pre-judgment interest, and costs, as the Court may award.

## COUNT II

### IN ACCORDANCE WITH THE RIVERS AND HARBORS ACT, JAMES TRANSPORTATION LLC, DOING BUSINESS AS TENNESSEE VALLEY TRANSPORTATION, AND JAMES MARINE, INC. ARE STRICTLY LIABLE, *IN PERSONAM*, FOR DAMAGE TO CANNELTON LOCKS AND DAM

37.     The United States refers to and incorporates by reference, as though fully set forth herein, paragraphs 1 to 36 of this Complaint.

38.    At the time of the allisions at issue, James Transportation LLC, doing business as Tennessee Valley Towing, owned and operated the M/V WILLIAM HANK and its barges.

39.    Upon information and belief, James Marine, Inc. was also involved in the ownership and operation of the M/V WILLIAM HANK.

40.    In the Sixth Circuit, the United States may pursue an *in personam* claim under the Rivers and Harbors Act against the owners and operators of vessels that damage a public work such as Cannelton Locks and Dam. *Hines, Inc. v. United States,* 551 F.2d 717 (6th Cir. 1977).

41.    Under the Rivers and Harbors Act, James Transportation LLC, doing business as Tennessee Valley Transportation, and James Marine, Inc. are strictly liable, *in personam,* to the United States for damage caused by the M/V WILLIAM HANK and its barges to Cannelton Locks and Dam, in a final amount to be established at trial, to include overhead and other administrative expenses arising from the repairs, pre-judgment interest, and costs, as the Court may award.

## COUNT III

### UNDER THE GENERAL MARITIME LAW, JAMES TRANSPORTATION LLC, DOING BUSINESS AS TENNESSEE VALLEY TRANSPORTATION, AND JAMES MARINE, INC. ARE LIABLE, *IN PERSONAM,* FOR DAMAGES TO CANNELTON LOCKS AND DAM

42.    The United States refers to and incorporates by reference, as though fully set forth herein, paragraphs 1 to 41 of this Complaint.

43.    The M/V WILLIAM HANK, as a moving vessel that allided with a stationary object, is presumptively at fault under the Oregon Rule. *The Oregon*, 158 U.S. 186, 192–93 (1895).

44.    James Transportation LLC, doing business as Tennessee Valley Transportation, through its agent and employee, James W. Ferguson, was negligent or

grossly negligent in failing to navigate, maintain steering, or otherwise prevent the allision of the M/V WILLIAM HANK and its tow with the inner lock wall bullnose and then the miter gate at Cannelton Locks and Dam.

45.    James Transportation LLC, doing business as Tennessee Valley Transportation, and James Marine, Inc., were also negligent in creating and maintaining unsafe conditions aboard the M/V WILLIAM HANK, and in failing to properly hire, train and supervise its employees, agents and/or vessel crew.

46.    The allisions on July 5, 2023, and the resulting damages, were directly and proximately caused by the fault, negligence, or want of care on the part of James Transportation LLC, doing business as Tennessee Valley Transportation, and James Marine, Inc.

47.    As a direct and proximate result of the negligence and/or gross negligence by James Transportation LLC, doing business as Tennessee Valley Transportation, and James Marine, Inc., the United States Army Corps of Engineers will incur costs to survey, plan for, and repair the damage to the upstream river lock wall miter gate at Cannelton Locks and Dam.

48.    Because James Transportation LLC, doing business as Tennessee Valley Transportation, and James Marine, Inc. and have negligently caused damage to Cannelton Locks and Dam, both entities are liable to the United States, jointly and severally, for damage in an amount to be proven at trial, to include overhead and other administrative expenses arising from the repairs, pre-judgment interest, and costs, as the Court may award.

WHEREFORE, the United States prays that the Court enter judgment against the M/V WILLIAM HANK and its barges, *in rem*, and James Transportation LLC, doing business as Tennessee Valley Transportation, and James Marine, Inc., *in personam*, in the amount of all damages and losses sustained by the United States as a result of the allision described above, including overhead and other administrative expenses arising from the repairs, pre-judgment interest, costs, and attorneys' fees.

Dated:  July 1, 2026

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney
Western District of Kentucky

WILLIAM F. CAMPBELL
U.S. Attorney's Office
Western District of Kentucky
717 West Broadway
Louisville, KY  40202
Direct: 502-582-6773

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Robb Hyde*
ROBB HYDE
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
Post Office Box 14271
Washington, DC 20044-4271
Telephone: (202) 616-4106
Email:    Robb.Hyde@usdoj.gov

MICHELLE T. DELEMARRE
Senior Admiralty Counsel
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
Post Office Box 14271
Washington, DC 20044-4271
Telephone: (202) 616-4106
Email: Michelle.delemarre@usdoj.gov

*Attorneys for the United States of America*

<u>VERIFICATION</u>

Based upon information officially furnished to me, I declare under penalty of perjury, in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on July 1, 2026.

*/s/ Robb Hyde*
ROBB HYDE
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
Post Office Box 14271
Washington, DC 20044-4271
